## Annie H. Miller et al., Appellants, *v.* William M. Thompson et al., Ex'rs of John A. Nicolls.

Argued May 13, 1896.    Appeal No. 362, Jan. T., 1896, by plaintiffs, from judgment of C. P. Fayette Co., June T., 1894, No. 61, in case stated.    Before STERRETT, C. J., GREEN, MC-COLLUM, MITCHELL and FELL, JJ.    Affirmed.

*Error assigned* was entering judgment for defendants on case stated.

PER CURIAM, May 25, 1896 :

The questions involved in this case stated are substantially the same as those considered and disposed of in an opinion just filed in No. 361 January Term, 1896, Mary M. Jourdan et al. v. Silas M. Dean et al., supra, 599.    In the court below and here both cases were argued together; and for reasons given in the opinion referred to, the judgment in this case should be affirmed on the opinion of the court below.

Judgment affirmed.